FILED

FEB 23 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   SHAILIKA S. KOTIYA (CABN 308758)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       katherine.wawrzyniak@usdoj.gov
        shailika.kotiya@usdoj.gov
9
   Attorneys for United States of America
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,          )  CASE NO. CR 16-0477 VC
                                        )
          Plaintiff,                    )
16                                      )  PETITION FOR AND WRIT OF HABEAS
        v.                              )  CORPUS AD PROSEQUENDUM
17                                      )
   ASKARI AQUIL MOHAMMED,               )
18                                      )
          Defendant.                    )
19 _____)

20  TO:    The Honorable Laurel Beeler, United States Magistrate Judge of the United States District Court

21         for the Northern District of California:

22

23         ASKARI AQUIL MOHAMMED, a/k/a CHANTA HOPKINS, is currently is in the custody of

24  the Placer County Sheriff serving a sentence 9-year and 8-month sentence for convictions in the

25  California Superior Court in Placer County.  Assistant United States Attorneys Katherine L.

26  Wawrzyniak and Shailika S. Kotiya respectfully request that this Court issue a Writ of Habeas Corpus

27  Ad Prosequendum for the person of prisoner ASKARI AQUIL MOHAMMED, whose place of custody

28  or jail are set forth in the requested Writ, attached hereto.

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
1

1  The prisoner, ASKARI AQUIL MOHAMMED, is required as a defendant in the above-entitled matter

2  in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

3

4  DATED: February 23, 2017                     Respectfully Submitted,

5

6                                               BRIAN STRETCH
                                                United States Attorney

7

8                                                      /s/
                                                KATHERINE L. WAWRZYNIAK

9                                               SHAILIKA S. KOTIYA
                                                Assistant United States Attorneys

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

2

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   SHAILIKA S. KOTIYA (CABN 308758)
5  Assistant United States Attorney

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         FAX: (415) 436-7234
8        katherine.wawrzyniak@usdoj.gov
         shailika.kotiya@usdoj.gov
9
   Attorneys for United States of America
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )  CASE NO. CR 16-0477 VC
15                                     )
          Plaintiff,                   )
16                                     )  [PROPOSED] ORDER GRANTING PETITION
       v.                              )  FOR AND WRIT OF HABEAS CORPUS AD
17                                     )  PROSEQUENDUM
   ASKARI AQUIL MOHAMMED,              )
18                                     )
          Defendant.                   )
19  _____ )

20

21        Upon motion of the United States of America, and good cause appearing therefore, IT IS

22  HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus

23  Ad Prosequendum requiring the production of defendant ASKARI AQUIL MOHAMMED, a/k/a

24  CHANTA HOPKINS, before this Court on the date stated in the Writ submitted, or as soon thereafter as

25  may be practicable, is granted, and the Writ shall be issued as presented.

26

27  DATED:  2-23-2017         _____

                              HON. LAUREL BEELER
28                            United States Magistrate Judge

   [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
                                        1

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   United States Marshall, Northern District of California, and/or any of his authorized deputies (including agents of Homeland Security Investigations), and Sheriff of Alameda County, and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, the Sheriff of Placer County is directed to produce the body of ASKARI AQUIL MOHAMMED a/k/a CHANTA HOPKINS (P00240367) in custody in Placer County Jail, or any other institution in the Sheriff's custody, to the U.S. Marshal or an agent of Homeland Security Investigations, who shall produce same before the Honorable Laurel Beeler, United States District Court Judge, 450 Golden Gate Avenue, San Francisco, California, 94102 on the fifteenth floor on February 28, 2017, at 9:30 a.m., or as soon thereafter as practicable, in order that ASKARI AQUIL MOHAMMED, may appear for his initial appearance, arraignment, and status conference on the charges filed against him in the above-entitled Court.

DATED: __2/23/17__

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

2