# EXHIBIT A

Date of entry  04/20/2016

On April 5, 2016, FBI Special Agents Stonie Carlson and Brian Koh observed Donnell Artis date of birth March 14, 1981, CDL D1453321 standing in front of Willie Brown's Liquor, 1933 Fruitvale Ave., Oakland, CA talking on his cellular telephone. Artis is known to have outstanding warrants for CA PC 148-Resisting Arrest, CA PC 29800 A1-Felon in Possession of a Firearm and CA PC 530.5-Identity Theft.

SA's Carlson and Koh approached Artis and attempted to arrest him which led to a foot pursuit. Artis ran across Fruitvale Ave. toward Foothill Blvd. Artis. Continued across Foothill Blvd. and then back across Fruitvale Ave. Artis continued running toward and onto E. 22nd Street. Artis then ran onto Rutherford St. Agents lost visual sight of Artis and it is believed that he hopped a fence into one of the residential yards on Rutherford St. The pursuit was cancelled by SA Carlson due to lack of resources.

Artis' cellular telephone a Samsung Galaxy Avanta, black in color serial # 358764060775276 was recovered by SA Carlson at Willie Brown's Liquor. SA Carlson swore to a search warrant of the phone by the Honorable Gordon S. Baranco, Alameda County Superior Court Judge.

On April 8, 2016, the contents of the cellphone were extracted utilizing a cellbrite device.

Artis cellular telephone was submitted to the Oakland Evidence Control Center on April 14, 2016.

| | |
|---|---|
| Investigation on | 04/05/2016 at Oakland, California, United States (In Person) |
| File # | Date drafted 04/15/2016 |
| by | Stonie Carlson, Brian Koh |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USABC 00012

# SUPERIOR COURT OF CALIFORNIA
## County of Alameda

## SEARCH WARRANT
### Cell Phone in Police Custody



**THE PEOPLE OF THE STATE OF CALIFORNIA**
to any peace officer in Alameda County          Warrant No. _____

An affidavit, which was sworn to and subscribed before me on this date, has established probable cause for the following:

(1) Evidence of a crime: The evidence described below is evidence of a crime in that it: [check one or more]
- ☒ Tends to prove that a felony was committed
- ☒ Tends to prove that a particular person committed a felony
- ☐ Tends to prove that sexual exploitation of a child, or possession of matter depicting sexual conduct of a person under the age of 18 years has occurred or is occurring

(2) Location of evidence: The evidence described below is presently stored in the cell phone identified below.

You are therefore ordered to search the cell phone(s) identified below for the evidence described below. If evidence is found, the affiant shall store it and the cell phone in an official evidence storage facility pending further court order.

**CELL PHONE(S) TO BE SEARCHED**
**Description of phone(s):** Samsung Galaxy Avant, black in color, Serial Number: 358764060775276
**Location of phone:** United States Marshals Service Office, 1301 Clay Street, Oakland, CA
**Report number:** FID 9887548

**EVIDENCE TO BE SEIZED** [if checked]
- ☒ Address book and other contact information.
- ☒ Stored email messages, as follows: Containing any references to fraud or related criminal activity
- ☒ Stored text messages, as follows: Containing any references to fraud or related criminal activity
- ☒ Phone numbers of outgoing calls
- ☒ Phone numbers of incoming calls
- ☒ Photographs and other graphics, as follows: Credit cards, identification, and/or associates
- ☒ Indicia of person(s) having control the cell phone
- ☒ Other stored information: GPS data related to any of the above items

☐ **SEALING ORDER**: Pending further order of this court, this search warrant and all accompanying documents shall not become a public record and shall be sealed and delivered into the custody of the Clerk of the Court.
   Grounds for sealing:    ☐ Informant protection (Evid. Code § 1041)    ☐ Official information (Evid. Code § 1040)

April 5, 2016    3:29 pm              _Gandon P. Baranco_
Date             Time                 Judge of the Superior Court
                                      Gordon S. Baranco

# State of California, County of Alameda,

## Attached and incorporated
## Statement of Probable Cause
## Affidavit

Your affiant is Special Agent Stonie Carlson. I am currently employed as a Special Agent of the Federal Bureau of Investigation, have been so for eleven years and am currently assigned to the United States Marshal's Service Pacific Southwest Regional Fugitive Task Force where I am a Special Deputy U.S. Marshal. The purpose of regional fugitive task force where I am assigned is to combine the efforts of federal, state, and local law enforcement agencies to locate and apprehend dangerous fugitives and assist in high profile investigations.

I have a wide range of investigative experience involving crimes against persons and property, including but not limited to aggravated assaults, robberies, shootings, and illegal possession of narcotics, controlled substances and firearms. I have interviewed many victims, witnesses and suspects. I am familiar with the manner in which crimes are committed and how suspects attempt to avoid apprehension and prosecution. I have conducted and been a part of numerous surveillances and have authored and served search and arrest warrants for many of these cases. I am a federal law enforcement officer, and am a Special Deputy Marshal assigned to assist in violations of CA penal codes. Because of my familiarity with the facts of this investigation, I am requesting that the Magistrate specifically authorize me to assist California Peace Officers and the United States Marshal's Service with the service of this order.

The purpose of this Statement of Probable Cause is to obtain a search warrant authorizing the download of content of Donnell Artis' cell phone. The following information is based on the facts of this case, information I have developed through the course of the investigation, and information relayed to me through official law enforcement channels.

1   On March 24, 2016, members of the United States Marshals Service (USMS) Fugitive Task Force
2   attempted to apprehend Donnell Artis at his girlfriend's residence at ▮▮▮▮▮▮▮▮▮▮ San
3   Francisco, California based on information developed during the investigation. Artis is wanted for
4   CA PC-148-Resisting arrest, no bail warrant, CA PC-29800A1-Felon in possession of a firearm,
5   no bail warrant, and CA PC 530.5 identity theft, $125,000 bail. Artis is also on probation in San
6   Francisco, CA.
7
8   Law enforcement officers approached the door to the girlfriend's apartment and observed the
9   front door open. The law enforcement officers then entered the residence to conduct a safety
10  sweep and observed several counterfeit credit cards on the kitchen counter with Donnell Artis'
11  name on them.
12
13  On April 5, 2016, based on information developed that Artis frequently hung out in front of Willie
14  Brown Liquors, 1933 Fruitvale Ave, Oakland, California, the members of the USMS Fugitive Task
15  Force conducted a drive-by of the liquor store and observed Artis talking on his cellular telephone
16  in front of the liquor store.
17
18  Law enforcement officers approached Artis and attempted to apprehend him and a foot pursuit
19  ensued. Artis was able to free himself from the law enforcement officers and ran northbound on
20  Fruitvale Ave, westbound on East 22nd Street, then southbound on Rutherford Street where the
21  law enforcement officers lost visual contact with him. The law enforcement officers conducted
22  clearing of the nearby residences and back yards but Artis could not be located.
23
24  During the foot pursuit, Artis dropped his cellular telephone and was retrieved by the USMS
25  Fugitive Task Force. The cellular telephone he dropped was a Samsung Galaxy Avant, black in
26  color, Serial Number: 358764060775276.
27
28  Artis is a close associate of another fugitive, ▮▮▮▮ Hopkins, wanted out of Placer County for
29  Failure To Appear (FTA) Counterfeiting with full extradition.
30
31               advised Artis and Hopkins are involved in a conspiracy to commit credit
32  card fraud and that they are in constant communication with each other in furtherance of the
33  crime.

1. Based on my training and experience persons involved in criminal activities often utilize their
2. cellular phones when planning, executing, and/or discussing their illegal activities. These
3. communications are made verbally and/or via written electronic messages. I further know that
4. they will often store photographs in their electronic devices depicting themselves and/or
5. associates along with items such as money and fake credit cards. In addition to the photos, they
6. store names, addresses, phone numbers, and/or monikers of associates.

8. Based on my training and experience I know that the cell phones (as well as any memory card
9. that may be installed in a cellular phone) contain data that can provide valuable evidence to a
10. criminal investigation. This data includes email, text messages, documents, cellular numbers that
11. the cellular phone communicated with, cell tower information identifying locations in which the
12. phone was used at a particular time, GPS data, stored communications or files (including voice
13. mail, email, photos/digital images, buddy lists, and any other files associated with the identified user
14. accounts), connection logs and records of user activity including, telephone caller identification
15. records, any other connection information, any other records or accounts, including archived
16. records related or associated to the above-referenced names, user names, or accounts and any
17. data field name definitions that describe these records.

19. I also know that in order to access some of this data, crime lab personnel sometimes must
20. bypass electronic security features such as password protection and encryption.

22. Based on my training and experience I know that cell phone and/or computer system searches and
23. examinations often cannot be completed within ten days in which the Search Warrant must be
24. served and the Return to Search Warrant filed. This is due in part because the forensic examiners
25. that conduct the searches and examinations commonly have multiple cases working at the same
26. time and it can take several weeks to complete an examination.

28. It is requested that the Search Warrant and Return to Search Warrant be filed and that the computer
29. search, examinations, and investigation be allowed to continue.

Based on my training and experience and the information supplied in this affidavit, it is my opinion that the items described in the attached Search Warrant, attached hereto and incorporated by reference herein, are currently located at the above-designated location and/or devices.

It is requested that any federal, state, and/or local law enforcement officers be allowed to conduct the search of Artis' cellular telephone.

I request that a search warrant be issued, commanding searches of the devices and or things described above and that such property be brought before a magistrate or retained as provided in Section 1536 of the California Penal Code.

_____
Affiant

Sworn to and subscribed before me as true on __5th of April, 2016__ at __3:29__ [AM/**PM**]

_____
GORDON S. BARANCO
Judge of the Superior Court in and for the
County of Alameda, California