# EXHIBIT B

# SEARCH WARRANT

## THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE COUNTY OF ALAMEDA:

THE UNITED STATES MARSHALS SERVICE and the OAKLAND POLICE DEPARTMENT by Task Force Officer/Special Agent Stonie Carlson and , authority of 28 U.S.C. Sec 564, hereby applies for an Search Warrant authorizing the use of a **CELL-SITE SIMULATOR**. Proof by affidavit and under penalty of perjury having been sworn to this day before me by SA Stonie Carlson that there is probable cause for believing that the use of a **CELL-SITE SIMULATOR** pursuant to Title 18, United States Code, Section 3127(3), as described below, may be found at the location(s) set forth below and is lawfully seizable pursuant to Penal Code Section 1524 and 1534 as indicated below by "x"(s) in that it:

_____ was stolen or embezzled

_____ was used as the means of committing a felony

_____ is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery

_____ tends show that a felony has been committed or that a particular person has committed a felony

_____ tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring

__X__ there is a warrant to arrest the person; CHANTA HOPKINS aka MOHAMMEDA ASKARI AQUIL for CA PC-484 PC-Forge Access Card to Defraud/Counterfeiting

__X__ is information to be received from the use of the Target Telephone(s), as tracking device(s) that will assist in locating an individual who has committed or is committing a felony and is currently a Fugitive of Justice.

It is **FURTHER ORDERED** pursuant to CA Penal Code 1546.2 (b)(3) that based on the supporting Affidavit, the Court finds that a delay of notification for ninety (90) days is justified by the following adverse results:

_____ Danger to the life or physical safety of an individual
__X__ Flight from Prosecution
_____ Destruction of or Tampering with Evidence
_____ Intimidation of Potential Witnesses
__X__ Serious Jeopardy to an Investigation or Undue Delay of Trial

**90 DAY DELAY NOTICE APPROVED YES [X] NO [ ]**

_____
[Signature of Magistrate]
**Judge of the Superior Court, County of Alameda**
FID 9887548 CSS 5555

**YOU ARE THEREFORE COMMANDED TO SEARCH:** and obtain information with the use of a cell-site simulator to be received from the use of the Subject Telephone(s) as tracking device(s) in order to obtain real-time tracking information, including but not limited to satellite Global Positioning System (GPS) and/or latitude and longitude cellular tower data signals to be transmitted to or from the following Subject Telephone(s), by executing the warrant by serving the named third party possessor of the tracking data within 30 days after issuance.

**Subject Telephone #1:** A cellular telephone serviced by Verizon Wireless, assigned telephone number 832-763-5555, (hereinafter referred to as the "Subject Telephone Number(s)").

**FOR THE FOLLOWING PROPERTY/PERSONS:** This tracking device search warrant is for the purpose of receiving information with the use of a cell-site simulator.

**Order, attached hereto and incorporated by reference.**

**AND TO SEIZE IT/THEM IF FOUND** and bring it/them forthwith before me, or this court, at the courthouse of this court except that return of this warrant is authorized 10 days after the recovery of the subject device. Federal law enforcement agents employed by the United States Marshals Service are authorized to assist in the service of this search warrant. This Search Warrant and incorporated Affidavit was sworn to as true before me this _____ day of April 2016, at _____ (A.M.)/ P.M. **Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.**

| | |
|---|---|
| **SEALING APPROVED:** | YES [X] NO [ ] |
| **NIGHT SEARCH APPROVED:** | YES [X] NO [ ] |
| **90 DAY DELAY NOTICE APPROVED** | YES [X] NO [ ] |

_____
[Signature of Magistrate]
Judge of the Superior Court, County of Alameda

FID 9887548 CSS 5555

# SEARCH WARRANT

## THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE COUNTY OF ALAMEDA:

THE UNITED STATES MARSHALS SERVICE and the OAKLAND POLICE DEPARTMENT by Task Force Officer SA Stonie Carlson and, authority of 28 U.S.C. Sec 564, proof by affidavit and under penalty of perjury having been sworn to this day before me that there is probable cause for believing that the property and/or person described below may be found at the location(s) set forth below and is lawfully seizable pursuant to Penal Code Section 1524 and 1534 as indicated below by "x"(s) in that it

_____ was stolen or embezzled

_____ was used as the means of committing a felony

_____ is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery

_____ tends show that a felony has been committed or that a particular person has committed a felony

_____ tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring

__X__ there is a warrant to arrest the person; CHANTA HOPKINS, aka MOHAMMED ASKARI AQUIL for CA Penal Code 484 PC-Forge Access Card to Defraud/Counterfeiting

__X__ is information to be received from the use of the Target Telephone(s), as tracking device(s) that constitutes evidence that tends to show that a felony has been or is being committed, tends to show that a particular person has committed or is committing a felony, or will assist in locating an individual who has committed or is committing a felony.

It is **FURTHER ORDERED** pursuant to CA Penal Code 1546.2 (b)(3) that based on the supporting Affidavit, the Court finds that a delay of notification for ninety (90) days is justified by the following adverse results:

_____ Danger to the life or physical safety of an individual
__X__ Flight from Prosecution
_____ Destruction of or Tampering with Evidence
_____ Intimidation of Potential Witnesses
__X__ Serious Jeopardy to an Investigation or Undue Delay of Trial

**90 DAY DELAY NOTICE APPROVED YES [X] NO [ ]**

_____
**[Signature of Magistrate]**
**Judge of the Superior Court, County of Alameda**
FID 9887548 NUM 5555

**YOU ARE THEREFORE COMMANDED TO SEARCH:** and obtain information to be received from the use of the Subject Telephone(s) as tracking device(s) in order to obtain real-time tracking information, including but not limited to satellite Global Positioning System (GPS) and/or latitude and longitude cellular tower data signals to be transmitted to or from the following Subject Telephone(s), by executing the warrant by serving the named third party possessor of the tracking data within 30 days after issuance.

**Subject Telephone #1:** A cellular telephone serviced by Verizon Wireless, assigned telephone number 832-763-5555, (hereinafter referred to as the "**Subject Telephone Number(s)**").

**PROBABLE CAUSE** having been shown by the applicant, SA Stonie Carlson, certifying that the information likely to be obtained from installation and use of the pen/trap device is relevant to an ongoing criminal investigation being conducted by the United States Marshals Service in connection with possible violations of CA Pinal Code 484 PC-Forge Access Card to Defraud/Counterfeiting and pursuant to 18 Unites States Code Section 2703 (c)(d), 3122 and 3123 and California Penal Code Sections 638.50, 638.51, 638.52, and 638.53.

**Order, attached hereto and incorporated by reference**

**AND TO SEIZE IT/THEM IF FOUND** and bring it/them forthwith before me, or this court, at the courthouse of this court except that return of this warrant is authorized 10 days after the recovery of the subject device. Federal law enforcement agents employed by the United States Marshals Service are authorized to assist in the service of this search warrant. This Search Warrant and incorporated Affidavit was sworn to as true before me this _____ day of April 2016, at _11-30_ (A.M.)/ P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

SEALING APPROVED: YES [X] NO [ ]
NIGHT SEARCH APPROVED: YES [X] NO [ ]
90 DAY DELAY NOTICE APPROVED YES [X] NO [ ]

_____
**[Signature of Magistrate]**
**Judge of the Superior Court, County of Alameda**