# EXHIBIT D

# *Law Offices of*
# Steven F. Gruel

www.gruellaw.com

---

**San Francisco Office**
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 989-1253
attystevengruel@sbcglobal.net

**Los Angeles Office**
555 West Fifth, 31st Floor
Los Angeles, California 90013
Telephone: (213) 625-1703

September 8, 2017

*Via E-Mail & United States Mail*

Shailika S. Kotiya
Assistant U.S. Attorney
Northern District of California
Criminal Division
450 Golden Gate Avenue
San Francisco, Califoria 94102

RE:   *United States v. Artis, et al, CR-16-0477-VC*
       April 7, 2016 Alameda Search Warrants for Cell-Site Simulator and Cell phone number / Agent Stonie Carlson

Dear Counsel:

Since August 28, 2017 I have been requesting the above complete set of documents for the two search warrants used to track, locate and arrest my client.

On September 5, 2017 you emailed me and stated you did "not have these warrants but have started the process of tracking them down. Will provide when I receive"

On September 6, 2017 you next emailed me that "Unfortunately, the agents do not have these full copies, nor do I. They are held under seal at the Alameda County Courthouse. Because the defendant is now in custody, you can request the Court remove these documents from under seal and provide you copies"

Finally, also on September 6, 2017, you emailed that you "conferred with all the agents and they do not have copies of the filed affidavits and full warrants - those are held under seal at Alameda County.

I intend to attempt to get copies of these items, having just learned of them. However, I do not have copies and will not be able to get copies for a few weeks. In the meantime,

I'd suggest that you request the documents directly from the Court, should you need them"

I later informed you that my position is that a "federal agent requested that the state court seal his state search warrants used in a federal investigation and federal prosecution. These sealed state warrants requested by the federal agent were then apparently used to locate my client, arrest him and then search a location believed to be associated with him. Materials found in that search are used in the federal prosecution. Hence, I am entitled to those sealed warrants and all supporting documents filed in support thereof.

I do not have standing, nor an obligation, to request the unsealing of the state warrants used in this case and it would be a waste of my time to attempt to do so. I have no idea why the federal agent did not share these warrants with you, but I need them now to review for any possible violations. I simply find it incredulous that a federally trained law enforcement officer did not keep a copy of an official document, submitted under oath, which he provided to a Judicial Officer, state or federal."

I should add that the 4 pages of search warrant face sheets the agents handed to Mr. Hopkins lack any case numbers rendering it virtually impossible to track down these government sealed search warrants. It is also troubling that these warrants were not given to you as the lead prosecutor and, therefore, not included in the discovery.

I once again request these discoverable documents. Further delay may require a needless discovery motion and addtitional time to file any necessary follow-up motions.

Thank you for your anticipated cooperation on these requests.

Sincerely,

*Steven F. Gruel*

Steven F. Gruel
Attorney For Chanta Hopkins

cc. Chanta Hopkins