# EXHIBIT G

# State of California, County of San Francisco,
# SEARCH WARRANT and AFFIDAVIT
## (For the seizure of the person for whom a Warrant of Arrest has been issued)

## (AFFIDAVIT)

I **Sergeant Salvador Perez #122**, swear under oath and penalty of perjury that the facts expressed by him in the attached and incorporated **Statement of Probable Cause** are true and that based thereon he has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below. Wherefore, Affiant requests that this Search Warrant be issued.

_____
(Signature of Affiant)

HOBBS SEALING REQUESTED: ☐ YES ☒ NO
NIGHT SEARCH REQUESTED: ☒ YES ☐ NO

## (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER OR PEACE OFFICER IN THE COUNTY OF SAN FRANCISCO**; proof by affidavit, under penalty of perjury, having been made before me by **Sergeant Salvador Perez #122**, that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

- ☐ it was stolen or embezzled – [1524(a)(1) PC],
- ☐ it was used as the means of committing a felony – [1524(a)(2) PC],
- ☐ it is possessed by a person with the intent to use it as a means of committing a public offense or it is possessed by another to whom he or she may have delivered it to for the purpose of concealing it or preventing its discovery – [1524(a)(3) PC],
- ☐ it tends to show that a felony has been committed or that a particular person has committed a felony – [1524(a)(4) PC],
- ☐ it tends to show that sexual exploitation of a child, in violation of PC Section 311.3, of possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of section 311.11, has occurred or is occurring – [1524(a)(5) PC],
- ☒ an arrest warrant is outstanding for the person to be seized – [1524(a)(6) PC]
- ☐ a Child Protective Custody Warrant is outstanding for the person to be seized - [1524(a)(6) PC and Family Code 3134 5],
- ☐ a provider of "electronic communication service" or "remote computing service", as defined in Penal code Section 1524.2(a) (including "California corporations" defined as any corporation or other entity that is subject to Section 102 of the Corporations Code and "Foreign corporations" defined as any corporation that is qualified to do business in this state pursuant to Section 2105 of the Corporations Code), has records or evidence regarding a subscriber or customer which (1) is of a type specified in Penal Code Section 1524.3 (i.e. the subscriber/customer's name, address, telephone number or other subscriber number or identity; the types of services the subscriber/customer utilized; the length of time the person has been a subscriber/customer of that service; and the local and long distance telephone toll billing records); and (2) which records or evidence shows that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery – [1524(a)(7) PC].

### You are therefore COMMANDED to SEARCH:
The Jasper Apartment Complex located at 45 Lansing Street in San Francisco, Apartment Unit #3306. The building is white in color with blue tinted windows with a large sign on the east side of the buiding stating, "Jasper". Unit #3306 has a white colored door with the number #3306 affixed to the wall just to the left of the door.

### For the FOLLOWING PROPERTY or PERSON(s):
Askari Aqui Mohhammed (aka Chanta Hopkins) a black male with a date of birth of November 17, 1982. He described as 5'08", 180 pounds with black hair and broen eyes. He is further described by his California Drivers License # D2004898, CII # 11911777, FBI # 904842FB5

**AND TO SEIZE HIM/HER IF FOUND** and bring him/her forthwith before me, or this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this **11th** day of **April, 2016** at 5:40 A.M. /**P.M.**. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____
(Signature of Magistrate)
ETHAN P. SCHULMAN
(Printed Name of Magistrate)

**HOBBS SEALING APPROVED:** ☐ YES ☒ NO
**NIGHT SEARCH APPROVED:** ☒ YES ☐ NO

Judge of the Superior Court of California, County of San Francisco, **Superior** Dept # 14

# Statement of Probable Cause
## Sergeant Salvador Perez #122

My name is Salvador Perez. I am currently employed as a police officer in and for the City and County of San Francisco, California. I have been so employed more than 15 years. During the course of my employment, I have been assigned at Mission Station, Southern Station and Ingleside Station where I have worked plainclothes but primarily uniformed and field training assignments. I have also worked at the San Francisco Regional Training Center as an instructor and was assigned to a violence reduction unit. Prior to my current assigned, I was assigned to the Investigations Bureau, Gang Task Force where my primary mission was the prevention and investigation of violent crimes committed by criminal street gangs including but not limited to aggravated assaults, robberies, shootings, illegal possession of narcotics, controlled substances and firearms, and the Special Investigations Division where I investigate crimes that involve a bias motivation, stalking, bomb threats and post blast investigations. I am currently assigned to the United States Marshal's Service Task Force. The purpose of regional fugitive task forces is to combine the efforts of federal, state, and local law enforcement agencies to locate and apprehend dangerous fugitives and assist in high profile investigations.

My training includes attending the P.O.S.T. Certified-San Francisco Police Academy, the Criminal Investigator Course put on by the Robert Presley Institution and ongoing instruction while working uniformed patrol and in plainclothes assignments with veteran officers. In addition to the experience and training listed above, I have the below listed work experience and have successfully completed the following courses:
1) 80 Hour-Supervisory Course
2) 40 Hour-Instructor Development Course
3) 40 Hour-Interview and Interrogation Course
4) 40 Hour-Drug Influence, 11550 H&S Narcotics Training
5) 16 Hour-Search Warrant and Arrest Course
6) 40 Hour-Field Training Officer Course
7) 80 Hour-Criminal Investigator Course at the Robert Presley Institute for Criminal Justice
8) 16 Hour- Tactical Response, 1st Responder Training
9) 16 Hour-Hazardous Materials/First Responders Course
10) 02 Hour-DNA/Firearms Training
11) 08 Hour – Comprehensive Search & Seizure Review

During the course of my employment, I have participated in hundreds of arrests for various violations of the California Vehicle Code, Health and Safety Code and Penal Code, including firearms/weapons related crimes. During the course of my career, I have also been involved in many investigations involving but not limited to shootings, robberies, and narcotics related crimes.

## Investigation

In August of 2015, members of the United States Marshals Fugitive Task Force adopted and began assisting the FBI in attempting to locate and arrest Askari Aqui Mohhammed (aka Chanta Hopkins) for active warrants for his arrest related to burglary and identity theft/counterfeiting.

Askari Aqui Mohhammed currently has two active, no bail, warrants for his arrest out of Placer County. The warrants were issued on August 5, 2014 (Warrant # 62124063CA and # 62120966BA). I recently conducted a computer query on today's date and confirmed both warrants are still active.

Members of the US Marshals Task Force have been actively searching for Askari Aqui Mohhammed. On August 19, 2015, members of the Task Force observed and positively identified Askari Aqui Mohhammed in the city of Oakland and attempted to arrest him. Askari Aqui Mohhammed fled the area in a vehicle and evading capture.

On today's date, investigative leads indicated Askari Aqui Mohhammed was possibly in the area of Lansing and 1st Streets in San Francisco. FBI Special Agent Carlson, who is the case agent assigned to the Marshals Fugitive Task Force, met with and spoke to the property manager of the Jasper Apartment Complex along with other employees on the property. Special Agent Carlson informed me the complex only allows resident's vehicles to be parked on the property by valet. He spoke with the Jasper Complex employee who parks the resident's vehicles and when shown a picture of Askari Aqui Mohhammed, the employee immediately and positively identified Askari Aqui Mohhammed. The employee indicated Askari Aqui Mohhammed is currently residing in unit # 3306 with a black female. The employee also told Special Agent Carlson, Askari Aqui Mohhammed drives a white Dodge Charger, and provided us with the license plate. A license plate check of the white Charger revealed it was registered to Hertz Rental Company. Hertz informed us the vehicle was rented to a Dennis Martin from Missouri. The vehicle was rented on April 9, 2016 from the San Francisco International Airport Office.

It should be noted that unit 3306 is being rented under the name Julie Warden with a Texas Identification number 04920746. A computer query of this Texas ID revealed it belonged to Julie Warden but she is a white female.

I believe, based on Askari Aqui Mohhammed's warrants relating to identity theft and fraud, that Askari Aqui Mohhammed is utilizing false identifications and fraudulent means to rent the above vehicle and above apartment. I fully believe that Askari Aqui Mohhammed will be located within apartment unit 3306 and if he is not there, indicia will be located indicating that he is living there.

The Marshals Fugitive Task Force is working with the Jasper Apartment Complex in an attempt to locate and arrest Askari Aqui Mohhammed. The Marshals Task Force is ascertaining whther or not Askari Aqui Mohhammed is currently inside unit #3306. In the event that he is not currently there, we will hold off on executing this search warrant until we receive confirmation that Askari Aqui Mohhammed is inside. Within 10 days of this search warrant being signed, we may learn, at any time of the day or night, Askari Aqui Mohhammed is inside the unit. Based on that information, we will execute the search warrant and take him into custody. Based on this possibility, your affiant is respectfully requesting approval for night service.

The facts alleged in this affidavit do not necessarily represent all the facts known or gathered to date regarding this investigation, but the affidavit does include all known exculpatory information and has not had any illegal conduct or observations redacted or excised from it. The facts averred herein I believe are those necessary to establish the probable cause necessary to search an seize the things identified in this warrant application.

I request that a Search Warrant be issued based upon the aforementioned facts, commanding the search of the person, premise(s) or vehicle(s) designated above for the property or things described, or any part thereof, and that such items or property be brought before this magistrate or retained subject to the order of the court pursuant to Section 1536 of the Penal Code.

(Signature of the Affiant)

Sworn to and subscribed before me on this 11th day of April, 2016 at 2:00 AM / PM

(Signature of Magistrate)

ETHAN P. SCHULMAN
(Printed Name of Magistrate)

Judge of the Superior Court, Department 14
County of San Francisco
State of California