# EXHIBIT I

# San Francisco Police Department
## INCIDENT REPORT

Report Type: **Initial**

**160298751**

## INCIDENT

| Incident Number | Occurrence From Date / Time | Occurrence To Date / Time | Reported Date / Time | CAD Number |
|---|---|---|---|---|
| 160-298-751 | 04/11/2016 10:00 | | 04/11/2016 10:00 | 161021897 |

Type of incident
WARRANT ARREST, ENROUTE TO OUTSIDE JURISDICTION 62050  FORGERY & COUNTERFEITING (GENERAL) 09262

| Location of Occurrence: | At Intersection with/Premise Type | District |
|---|---|---|
| 45 LANSING ST , APT# 3306 | APARTMENT | SOUTHERN |

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Reporting Unit 5S102 |
|---|---|---|---|---|---|---|---|

| Location Sent / On View: | At Intersection with | Reporting District |
|---|---|---|
| 45 LANSING ST , APT# 3306 | | SOUTHERN |

| Crime and Clearance Status | Reported to Bureau | Name Star | Date/ Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|
| 6 | SVUFC | Elseth, Matthew W  2414 | 04/11/2016 17:15 | | | | |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04? N/A

## OFFICER DECLARATION

I declare under penalty of perjury, this report of __6__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED     Post Training

| | Star | Station | Watch | Date |
|---|---|---|---|---|
| Reporting Officer PEREZ, SALVADOR M | 122 | Special Investigations | 0800-1600 | 04/12/16 17:21 |
| Reviewing Officer PEREZ, SALVADOR M | 122 | Special Investigations | 0800-1600 | 04/12/16 17:21 |
| OIC O'CONNOR, DAVID G | 313 | Special Investigations | 0800-1600 | 04/13/16 13:04 |

| Related Case -- | Related Case -- | Re-assigned to Copies to 3*300 5F200 | Assigned to 3*300 Add'l Copies | Assigned by SP 122 |
|---|---|---|---|---|

## R/W WITNESS

**1**

| Code R/W 1 | Name (Last, First Middle) SFPD PEREZ #122, FBI CARLSON, USMS DAVIES, USMS SIEGEL,  CHP COKER, CDCR EARL | Alias DDS AGENT MCKENZIE | Email |
|---|---|---|---|

| Day Phone (415) 553-1133 | Type Work | Home Address REFUSED | City REFUSED | State UNKNOWN | Zip Code - |
|---|---|---|---|---|---|

| Night Phone (415) 553-1133 | Type Work | Work Address 850 BRYANT ST , APT# 558 | City SAN FRANCISCO | State CA | Zip Code - |
|---|---|---|---|---|---|

| DOB / Age | DOB Unk. ☐ | or age between and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type | Jurisd. | ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject STRANGER/NONE |
|---|---|---|---|---|---|---|---|

| School (if Juvenile) N/A | Injury/Treatment N/A | Other Information/If Interpreter Needed Specify Language N/A |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

## BOOKED 01

| | | |
|---|---|---|
| **Code** B 1 | **Name (Last, First Middle)** MOHAMMED, ASKARI AQUI | **Alias** CHANTA HOPKINS |

**Email**

| | | | |
|---|---|---|---|
| **Day Phone** (000) 000-0000 | **Type** Unknown | **Home Address** 45 LANSING ST , APT# 3306 | **City** SAN FRANCISCO |

**State** CA | **Zip Code** -

| | | | |
|---|---|---|---|
| **Night Phone** (000) 000-0000 | **Type** Unknown | **Work Address** UNKNOWN | **City** UNKNOWN |

**State** UNKNOWN | **Zip Code** -

| **DOB** Unknown ☐ | **Date of Birth** 11/17/82 | **Age** 33 | **or age between** and | **Race** B | **Sex** M | **Height** 5'8 | **Weight** 180 | **Hair Color** BLK | **Eye Color** BRO |
|---|---|---|---|---|---|---|---|---|---|

| **SFNO** 678829 | **J/D# (if Juvi)** | **ID Type/Jurisdiction/Number** CII CA 11911777 | **ID Type/Jurisdiction/Number** FBI USA 904842FB5 | **ID Type/Jurisdiction/Number** DL CA D2004898 |
|---|---|---|---|---|

**Booking Charge(s)**

**Booking Location**

| **Warrant #** 62120966B | **Court#** | **Action#** | **Dept#** | **Enroute to** Placer County SO |
|---|---|---|---|---|

| **Warrant Violation(s)** Burglary | **Bail** ($) None |
|---|---|

| **Warrant #** 62120966BA | **Court#** | **Action#** | **Dept#** | **Enroute to** Placer County SO |
|---|---|---|---|---|

| **Warrant Violation(s)** Identity Theft | **Bail** ($) None |
|---|---|

| **Citation#** | **Violation(s)** | **Appear Date/time** | **Location of Appearance** |
|---|---|---|---|

| ☐ **CA Form Booked** Copy Attached | **Mirandized: Star** ☐ | **Date   Time** | **CWB Check** MILLER | **Star** 97 |
|---|---|---|---|---|

| **Book/Cite Approval** SGT. PEREZ | **Star** 122 | **Mass Arrest Code** | **M X-Rays** ☐ | **School (if Juvenile)** | **Statement** ☐ |
|---|---|---|---|---|---|

**Other Information:** Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description;  Scars, Marks, Tattoos

| **Interpreter Needed** ☐ | **Language** | **Language Description(if Other)** | **Language Line Service/Interpreter ID#** | **Bilingual Ofc Star#** |
|---|---|---|---|---|

## PROPERTY E1

| **Code/No** EVD 1 | **Item Description** ACCESS CARDS | **Brand** VARIOUS | **Model** |
|---|---|---|---|

| **Serial No.** | **Gun Make** | **Caliber** | **Color** MUL/COL | **Narcotics Lab No.** | **Quantity** 23 | **Value** TBD |
|---|---|---|---|---|---|---|

| **Seized by (Star)** 3532 | **From Where** (B) MOHAMMED'S (E7) WALLET IN RIGHT REAR PANTS POCKET AS WELL AS BOTH FRONT POCK |
|---|---|

**Additional Description/Identifying Numbers**
23 various credit/debit cards with different institution names, different card numbers and different names.

## PROPERTY E2

| **Code/No** EVD 2 | **Item Description** IDENTIFICATION CARDS/DRIVER'S LICENSE CARDS | **Brand** VARIOUS | **Model** |
|---|---|---|---|

| **Serial No.** | **Gun Make** | **Caliber** | **Color** MUL/COL | **Narcotics Lab No.** | **Quantity** 3 | **Value** TBD |
|---|---|---|---|---|---|---|

| **Seized by (Star)** 3532 | **From Where** (B) MOHAMMED'S (E7) WALLETS LOCATED IN HIS RIGHT REAR AND FRONT PANTS POCKETS |
|---|---|

**Additional Description/Identifying Numbers**
Two Oklahoma ID/DL Cards in the name of Timothy Griego III with Mohammed's picture.
One Mississippi DL Card in the name of Dennis Martin with Mohammed's picture.

| PROPERTY E3 | Code/No EVD 3 | Item Description WATCH | | | | Brand ROLEX | | Model |
|---|---|---|---|---|---|---|---|---|
| | Serial No. | | Gun Make | Caliber | Color YEL | Narcotics Lab No. | Quantity 1 | Value TBD |
| | Seized by (Star) 3532 | | From Where (B) MOHAMMED'S WRIST | | | | | |
| | Additional Description/Identifying Numbers Yellow Rolex Wrist Watch with clear stones around the bezel | | | | | | | |

| PROPERTY E4 | Code/No EVD 4 | Item Description WALLETS | | | | Brand | | Model |
|---|---|---|---|---|---|---|---|---|
| | Serial No. | | Gun Make | Caliber | Color MUL/COL | Narcotics Lab No. | Quantity 2 | Value TBD |
| | Seized by (Star) 3532 | | From Where (B) MOHAMMED'S RIGHT REAR AND FRONT PANTS POCKETS | | | | | |
| | Additional Description/Identifying Numbers One black wallet and one blue wallet | | | | | | | |

| PROPERTY E5 | Code/No EVD 5 | Item Description KEY CARD | | | | Brand | | Model |
|---|---|---|---|---|---|---|---|---|
| | Serial No. | | Gun Make | Caliber | Color BLK | Narcotics Lab No. | Quantity 1 | Value TBD |
| | Seized by (Star) 3532 | | From Where (B) MOHAMMED'S RIGHT REAR PANTS POCKET | | | | | |
| | Additional Description/Identifying Numbers Key Card that accessed the Jasper Apartment complex as well as Apartment #3306 | | | | | | | |

| PROPERTY E6 | Code/No EVD 6 | Item Description VALET STUBS | | | | Brand | | Model |
|---|---|---|---|---|---|---|---|---|
| | Serial No. | | Gun Make | Caliber | Color WHI | Narcotics Lab No. | Quantity 2 | Value TBD |
| | Seized by (Star) 3532 | | From Where (B) MOHAMMED'S HAND | | | | | |
| | Additional Description/Identifying Numbers Valet tickets to vehicles parked at the Jasper Apartment Complex | | | | | | | |

| PROPERTY E7 | Code/No EVD 7 | Item Description NECKLACE | | | | Brand UNKNOWN | | Model UNKNOW |
|---|---|---|---|---|---|---|---|---|
| | Serial No. | | Gun Make | Caliber | Color YEL | Narcotics Lab No. | Quantity 1 | Value TBD |
| | Seized by (Star) 3532 | | From Where (B) MOHAMMED'S NECK | | | | | |
| | Additional Description/Identifying Numbers Yellow linked necklace. | | | | | | | |

| PROPERTY E8 | Code/No EVD 8 | Item Description CELL PHONE | | | | Brand AT&T | | Model UNKNOWN |
|---|---|---|---|---|---|---|---|---|
| | Serial No. | | Gun Make | Caliber | Color BLU | Narcotics Lab No. | Quantity 1 | Value TBD |
| | Seized by (Star) 3532 | | From Where (B) MOHAMMED'S PANTS POCKET | | | | | |
| | Additional Description/Identifying Numbers Unknown model flip phone | | | | | | | |

## PROPERTY

### E9

| Code/No | Item Description | | | | Brand | | Model | |
|---|---|---|---|---|---|---|---|---|
| EVD 9 | CELL PHONE | | | | APPLE | | IPHONE | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| 579C-E2946A | | | BLK | | 1 | |

| Seized by (Star) | From Where |
|---|---|
| 3532 | (B) MOHAMMED'S PANTS POCKET |

**Additional Description/Identifying Numbers**
Black and Silver iPhone "S"

## PROPERTY

### E10

| Code/No | Item Description | | | | Brand | | Model | |
|---|---|---|---|---|---|---|---|---|
| EVD 10 | U.S. CURRENCY | | | | | | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | GRN | | 26 | $1,869.00 Total |

| Seized by (Star) | From Where |
|---|---|
| 3532 | (B) MOHAMMED'S FRONT RIGHT PANTS POCKET |

**Additional Description/Identifying Numbers**
18 X $100.00
3 X $20.00
1 X $5.00
4 X $1.00

## PROPERTY

### E11

| Code/No | Item Description | | | | Brand | | Model | |
|---|---|---|---|---|---|---|---|---|
| EVD 11 | PROPERTY RECEIPTS | | | | | | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | WHI | | 2 | TBD |

| Seized by (Star) | From Where |
|---|---|
| 122 | (B) MOHAMMED AT COUNTY JAIL #1 |

**Additional Description/Identifying Numbers**
One property receipt for the (E10) US Curency
One property receipt for all other evidence

# NARRATIVE

In August of 2015, members of the United States Marshals Fugitive Task Force adopted and began assisting the FBI in attempting to locate and arrest (B) Mohammed (aka Chanta Hopkins) for active warrants for his arrest related to burglary and identity theft/counterfeiting.

Mohammed currently has two active, no bail, warrants for his arrest out of Placer County. The warrants were issued on August 5, 2014 (Warrant # 62124063CA and # 62120966BA). I recently conducted a computer query on today's date and confirmed both warrants are still active.

The Marshals Fugitive Task Force is a unit that works primarily in a plainclothes capacity and attempts to locate and arrest wanted fugitives. When needed, our identification (stars) is exposed and worn on our outer most garments.

Members of the US Marshals Task Force have been actively searching for Mohammed. On August 19, 2015, members of the Task Force observed and positively identified Mohammed in the city of Oakland and attempted to arrest him. Mohammed fled the area in a vehicle and evaded capture.

On today's date, investigative leads indicated Mohammed was possibly in the area of Lansing and 1st Streets in San Francisco. FBI Special Agent Carlson, who is the case agent and assigned to the Marshals Fugitive Task Force, briefed the case and provided Task Force members with photos of Mohammed. Special Agent Carlson met with and spoke to the property manager of the Jasper Apartment Complex (45 Lansing Street), along with other employees on the property. Special Agent Carlson informed me the complex only allows resident's vehicles to be parked on the property by valet. He spoke with the Jasper Complex employee who parks the resident's vehicles and when shown a picture of Mohammed, the employee immediately and positively identified Mohammed. The employee indicated Mohammed is currently residing in unit # 3306 with a black female.

It should be noted that unit 3306 is being rented under the name Julie Warden with a Texas Identification number ▮▮▮▮▮▮▮▮. A computer query of this Texas ID revealed it belonged to Julie Warden but she is a white female.

Based on the newly information obtained, members of the Task Force began conducting surveillance at unit #3306. With the information provided, I returned to 850 Bryant Street and began writing a Search Warrant to search unit #3306 for Mohammed. At approximately 1700 hours, while meeting with the Honorable Judge Schulman, Superior Court of California, San Francisco, Department #14, I was informed Mohammed was positively identified as he was leaving unit #3306. Mohamed was taken into custody in the common hallway on the 33rd floor of the Jasper Apartment Complex.

I spoke to Special Agent Carlson and he informed me CDCR Special Agent Earl, Department of State Agent McKenzie and California Highway Patrol Officer Coker (All US Marshals Task Force Officers) were on scene when Mohammed was taken into custody. He was arrested without incident and there was no use of force used in the course of the arrest.

The above listed Task Force Officers searched Mohammed's person, incident to his arrest and located (E1) 23 various access cards (Credit and Debit Cards) from Mohammed's pockets as well as inside two different (E4) wallets. These 23 cards where all from various banking institutions with different numbers and a variety of names embossed on them, including Dennis Martin and Timothy Greigo. Inside the wallets were also three (E2) forms of identification. The first was an Oklahoma Driver's License (▮▮▮▮▮▮▮▮) in the name of Timothy Greigo III with a date of birth of ▮▮▮▮▮▮▮. The second was an Oklahoma Identification Card (▮▮▮▮▮▮▮) in the name of Timothy Greigo III with a date of birth of ▮▮▮▮▮▮. The third was a Mississippi Driver's License (▮▮▮▮▮▮▮) in the name of Dennis Earl Martin with a date of birth of ▮▮▮▮▮▮. All three documents had Mohammed's photo on them. Mohammed had two (E8 & E9) cell phones, a (E5) keycard to the complex, which we later determined opened and accessed unit #3306 (refer to supplemental Search Warrant Execution report), two (E6) valet stubs to the Jasper, and $1,869.00 in US Currency. Mohamed also had a (E3) Rolex watch on his wrist and a (E7) yellow necklace

around his neck.

Based on Mohammed's history, coupled with what the warrants from Placer County were issued for, along with finding various potential fraudulent identification/driver's license cards and access cards, we believed the necklace and watch were purchased fraudulently. Because of this, his watch and necklace were seized as evidence.

After confirming the listed warrants with Miller #97 at CWB, Mohammed was transported to County Jail #1 where he was booked.

Because of the nature of the investigation, I spoke with Sergeant Elseth from SVU (Financial Crimes). I advised him of the investigation and requested his assistance.

This case continues to be an ongoing investigation and because of that, the (E1) access cards, (E2) identification/driver's license cards, (E3) watch, and (E8 & E9) cell phones were retained in the casefile while the other items of evidence were later booked into evidence at the Property Room at 850 Bryant Street.

I later met with Mohammed and provided him with two (E11) written property receipts for the items that were seized from his person at the time of his arrest. He reviewed them and signed the receipts with Sergeant Zhang #4236 witnessing. Sergeant Zhang also verified the amount of Mohammed's U.S. Currency. I later placed copies of Mohammed's receipts into his property.