BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

RANDALL LEONARD (FLBN 0056205)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7018
    Fax: (415) 436-7027
    Email: randall.leonard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00477 VC |
| Plaintiff, | DECLARATION OF RANDALL LEONARD RE: CELL PHONE SEARCH WARRANT |
| v. | Date: November 28, 2017 |
| DONNELL ARTIS, et al., | Time: 10:30 a.m. |
| Defendant. | Court: Hon. Vince Chhabria |

**DECLARATION OF RANDALL LEONARD**

I, Randall Leonard, declare as follows:

1. I am an Assistant United States Attorney in the Northern District of California, and I am assigned to represent the United States in the above-captioned matter.

2. Attached as Exhibit A is a true and correct copy of a Superior Court of California, County of Alameda Search Warrant and Affidavit for a Samsung Galaxy Avant cellular phone, S/N 358764060775276, received from FBI Special Agent Stonie Carlson.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of October, 2017, in San Francisco, California.

*[signature]*

RANDALL LEONARD
Assistant United States Attorney

# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA
## County of Alameda



### SEARCH WARRANT
Cell Phone in Police Custody

THE PEOPLE OF THE STATE OF CALIFORNIA
to any peace officer in Alameda County               Warrant No. _____

An affidavit, which was sworn to and subscribed before me on this date, has established probable cause for the following:

(1) Evidence of a crime: The evidence described below is evidence of a crime in that it: [check one or more]
  ☒ Tends to prove that a felony was committed
  ☒ Tends to prove that a particular person committed a felony
  ☐ Tends to prove that sexual exploitation of a child, or possession of matter depicting sexual conduct of a person under the age of 18 years has occurred or is occurring

(2) Location of evidence: The evidence described below is presently stored in the cell phone identified below.

You are therefore ordered to search the cell phone(s) identified below for the evidence described below. If evidence is found, the affiant shall store it and the cell phone in an official evidence storage facility pending further court order.

### CELL PHONE(S) TO BE SEARCHED
Description of phone(s): Samsung Galaxy Avant, black in color, Serial Number: 358764060775276
Location of phone: United States Marshals Service Office, 1301 Clay Street, Oakland, CA
Report number: FID 9887548

### EVIDENCE TO BE SEIZED [if checked]
  ☒ Address book and other contact information.
  ☒ Stored email messages, as follows: Containing any references to fraud or related criminal activity
  ☒ Stored text messages, as follows: Containing any references to fraud or related criminal activity
  ☒ Phone numbers of outgoing calls
  ☒ Phone numbers of incoming calls
  ☒ Photographs and other graphics, as follows: Credit cards, identification, and/or associates
  ☒ Indicia of person(s) having control the cell phone
  ☒ Other stored information: GPS data related to any of the above items

☐ SEALING ORDER: Pending further order of this court, this search warrant and all accompanying documents shall not become a public record and shall be sealed and delivered into the custody of the Clerk of the Court.
  Grounds for sealing:   ☐ Informant protection (Evid. Code § 1041)   ☐ Official information (Evid. Code § 1040)

April 5, 2016     3:29 pm                   _____
Date              Time                      Judge of the Superior Court
                                            GORDON S. BARANCO

# State of California, County of Alameda,

## Attached and incorporated
## Statement of Probable Cause
## Affidavit

Your affiant is Special Agent Stonie Carlson. I am currently employed as a Special Agent of the Federal Bureau of Investigation, have been so for eleven years and am currently assigned to the United States Marshal's Service Pacific Southwest Regional Fugitive Task Force where I am a Special Deputy U.S. Marshal. The purpose of regional fugitive task force where I am assigned is to combine the efforts of federal, state, and local law enforcement agencies to locate and apprehend dangerous fugitives and assist in high profile investigations.

I have a wide range of investigative experience involving crimes against persons and property, including but not limited to aggravated assaults, robberies, shootings, and illegal possession of narcotics, controlled substances and firearms. I have interviewed many victims, witnesses and suspects. I am familiar with the manner in which crimes are committed and how suspects attempt to avoid apprehension and prosecution. I have conducted and been a part of numerous surveillances and have authored and served search and arrest warrants for many of these cases. I am a federal law enforcement officer, and am a Special Deputy Marshal assigned to assist in violations of CA penal codes. Because of my familiarity with the facts of this investigation, I am requesting that the Magistrate specifically authorize me to assist California Peace Officers and the United States Marshal's Service with the service of this order.

The purpose of this Statement of Probable Cause is to obtain a search warrant authorizing the download of content of Donnell Artis' cell phone. The following information is based on the facts of this case, information I have developed through the course of the investigation, and information relayed to me through official law enforcement channels.

1 On March 24, 2016, members of the United States Marshals Service (USMS) Fugitive Task Force
2 attempted to apprehend Donnell Artis at his girlfriend's residence at 519 Ellis St, APT 405, San
3 Francisco, California based on information developed during the investigation. Artis is wanted for
4 CA PC-148-Resisting arrest, no bail warrant, CA PC-29800A1-Felon in possession of a firearm,
5 no bail warrant, and CA PC 530.5 identity theft, $125,000 bail. Artis is also on probation in San
6 Francisco, CA.
7
8 Law enforcement officers approached the door to the girlfriend's apartment and observed the
9 front door open. The law enforcement officers then entered the residence to conduct a safety
10 sweep and observed several counterfeit credit cards on the kitchen counter with Donnell Artis'
11 name on them.
12
13 On April 5, 2016, based on information developed that Artis frequently hung out in front of Willie
14 Brown Liquors, 1933 Fruitvale Ave, Oakland, California, the members of the USMS Fugitive Task
15 Force conducted a drive-by of the liquor store and observed Artis talking on his cellular telephone
16 in front of the liquor store.
17
18 Law enforcement officers approached Artis and attempted to apprehend him and a foot pursuit
19 ensued. Artis was able to free himself from the law enforcement officers and ran northbound on
20 Fruitvale Ave, westbound on East 22nd Street, then southbound on Rutherford Street where the
21 law enforcement officers lost visual contact with him. The law enforcement officers conducted
22 clearing of the nearby residences and back yards but Artis could not be located.
23
24 During the foot pursuit, Artis dropped his cellular telephone and was retrieved by the USMS
25 Fugitive Task Force. The cellular telephone he dropped was a Samsung Galaxy Avant, black in
26 color, Serial Number: 358764060775276.
27
28 Artis is a close associate of another fugitive, Chanta Hopkins, wanted out of Placer County for
29 Failure To Appear (FTA) Counterfeiting with full extradition.
30
31                 advised Artis and Hopkins are involved in a conspiracy to commit credit
32 card fraud and that they are in constant communication with each other in furtherance of the
33 crime.

Statement of Probable Cause                    FID 9887548 ARTIS
Page 2 of 4

1   Based on my training and experience persons involved in criminal activities often utilize their
2   cellular phones when planning, executing, and/or discussing their illegal activities. These
3   communications are made verbally and/or via written electronic messages. I further know that
4   they will often store photographs in their electronic devices depicting themselves and/or
5   associates along with items such as money and fake credit cards. In addition to the photos, they
6   store names, addresses, phone numbers, and/or monikers of associates.
7
8   Based on my training and experience I know that the cell phones (as well as any memory card
9   that may be installed in a cellular phone) contain data that can provide valuable evidence to a
10  criminal investigation. This data includes email, text messages, documents, cellular numbers that
11  the cellular phone communicated with, cell tower information identifying locations in which the
12  phone was used at a particular time, GPS data, stored communications or files (including voice
13  mail, email, photos/digital images, buddy lists, and any other files associated with the identified user
14  accounts), connection logs and records of user activity including, telephone caller identification
15  records, any other connection information, any other records or accounts, including archived
16  records related or associated to the above-referenced names, user names, or accounts and any
17  data field name definitions that describe these records.
18
19  I also know that in order to access some of this data, crime lab personnel sometimes must
20  bypass electronic security features such as password protection and encryption.
21
22  Based on my training and experience I know that cell phone and/or computer system searches and
23  examinations often cannot be completed within ten days in which the Search Warrant must be
24  served and the Return to Search Warrant filed. This is due in part because the forensic examiners
25  that conduct the searches and examinations commonly have multiple cases working at the same
26  time and it can take several weeks to complete an examination.
27
28  It is requested that the Search Warrant and Return to Search Warrant be filed and that the computer
29  search, examinations, and investigation be allowed to continue.
30
31
32
33

Statement of Probable Cause        FID 9887548 ARTIS
Page 3 of 4

Based on my training and experience and the information supplied in this affidavit, it is my opinion that the items described in the attached Search Warrant, attached hereto and incorporated by reference herein, are currently located at the above-designated location and/or devices.

It is requested that any federal, state, and/or local law enforcement officers be allowed to conduct the search of Artis' cellular telephone.

I request that a search warrant be issued, commanding searches of the devices and or things described above and that such property be brought before a magistrate or retained as provided in Section 1536 of the California Penal Code.

_____
Affiant

Sworn to and subscribed before me as true on __5th of Apr, 2016__ at __3:29__ [AM/**PM**]

_Gordon P. Baranco_
GORDON S. BARANCO
Judge of the Superior Court in and for the
County of Alameda, California