# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>DONNELL ARTIS,<br>　　　　　Defendant. | Case No. 16-cr-00477-VC<br><br>**ORDER RE SEARCH WARRANTS** |

The government is ordered to provide in camera copies of the April 5, 2016 and April 7, 2016 search warrant affidavits in unredacted form by 9:30 am on February 21, 2018.

**IT IS SO ORDERED.**

Dated: February 20, 2018

VINCE CHHABRIA
United States District Judge